AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
10/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA  DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
Oct 26, 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY  Nancy Boehme
Deputy Clerk, U.S. District Court

United States of America

v.

OSCAR SOSA TAPIA, also known as ("aka") "Oscar Sosa," aka "Sergio Arturo Salazar Honojoza,"

Defendant(s)

Case No.   8:21-mj-00721-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>February 24, 2019</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

MITCHELL A. GANGWISH
Deportation Officer, DHS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   October 26, 2021

City and state:   Santa Ana, California

**DOUGLAS F. McCORMICK**
Judge's signature

Hon. DOUGLAS F. McCORMICK
U.S. Magistrate Judge
Printed name and title

AUSA (cf):  Charles Pell
(714) 338-3542

A F F I D A V I T

I, Mitchell A. Gangwish, being duly sworn, do hereby depose and say:

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since May 2016. I am currently assigned to the Los Angeles Enforcement and Removal Operations Unit, Santa Ana office.

2. This affidavit is made in support of a criminal complaint against OSCAR SOSA TAPIA, also known as ("aka") "Oscar Sosa," aka "Sergio Arturo Salazar Honojoza" ("SOSA"), charging a violation of Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal). The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.

3. On or about February 24, 2019, SOSA was encountered by Deportation Officer J. Chong ("DO Chong") at the Orange County

1

Sheriffs Department, Santa Ana, California.  DO Chong is authorized to enforce immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act.  DO Chong conducted a preliminary records check of the ICE database, which revealed Chong was previously deported.  An Immigration Detainer (Form I-247) was issued against SOSA.

    4.   On or about September 2, 2021, Deportation Officer Dino Pizano ("DO Pizano") of the ICE Orange County Fugitive Operations Team informed me of the following information:

        a.   On or about September 2, 2021, DO Pizano conducted surveillance at SOSA's last known address in Costa Mesa, California.  DO Pizano informed me that he observed a male individual matching the physical description of a photograph contained in Alien File ("A-File") number A095-751-139.

        b.   An "A- File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  The A File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A File is maintained.

    5.   On or about September 6, 2021, I obtained A-File No. A095-751-139 which was assigned and maintained for the subject

alien SOSA.

6.  On or about October 7, 2021, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and the Federal Bureau of Investigation ("FBI") Identification Record for SOSA, the individual who is the subject of this affidavit.  I compared the data on these documents to that found in the INS Central Index System ("CIS") under the assigned A-File, which I believe is SOSA'S s alien number.  I also compared the data from these documents to the printout of the CII contained in the A-File.  I found that the data from the CII contained in SOSA'S A-File contains the same name and birthdate found in the CIS, the CII, and the FBI Identification Record that I obtained.  In addition, the CII printout also reflects the convictions described below.  Based on this review, I believe that SOSA is the same individual who incurred the convictions described below and who was ordered deported and/or removed as described in the A-File.

7.  On or about October 7, 2021, I reviewed SOSA's A-File. A review of SOSA's A-File revealed the following information and documents:

    a.  A DHS Immigration Detainer (Form I-247) dated February 24, 2019.  Based upon my review of the Detainer

3

and my training and experience, I am able to determine that DO Chong placed the Detainer on SOSA as part of his routine assigned duties to locate suspected criminal aliens in custody at the Orange County Sheriff's Department, Santa Ana, California.

      b.    A Record of Deportable/Inadmissible Alien (Form I-213), which indicated that Immigration Agent Judy Truong encountered SOSA on or about April 18, 2008, at or near Anaheim County Jail, Anaheim, California.

      c.    A Notice and Order of Expedited Removal showing that SOSA was ordered removed from the United States to Mexico by Frank Longoria, CBP Chief, Customs and Border Protection, Otay Mesa, California, on September 29, 2009.

      d.    An executed Notice to Alien Ordered Removed/Departure Verification indicating that SOSA was officially removed and deported from the United States to Mexico on September 29, 2009, at the Port of Entry, Otay Mesa, California.

      e.    A Notice and Order of Expedited Removal showing that SOSA was ordered removed from the United States to Mexico by A. Hernandez, Branch Chief, Customs and Border Protection, San Ysidro, California, on October 4, 2009.

      f.    An executed Notice to Alien Ordered Removed/Departure Verification indicating that SOSA was

4

officially removed and deported from the United States to Mexico on October 4, 2009, at the Port of Entry, San Ysidro, California.

      g.  An executed Warrant of Removal/Deportation indicating that SOSA was officially removed and deported from the United States to Mexico on November 8, 2012, at the Port of Entry, San Ysidro, California.

      h.  An executed Warrant of Removal/Deportation indicating that SOSA was officially removed and deported from the United States to Mexico on November 20, 2012, at the Port of Entry, Nogales, Arizona.

      i.  I know from my training and experience that a Warrant of Removal/Deportation or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint.  The executed Warrants of Removal/Deportation and the Notices to Alien Ordered Removed/Departure Verification in SOSA's A-File contain his photograph, signature, and fingerprint.

      j.  A record of conviction indicating that on or about May 18, 2021, SOSA was convicted of First Degree Residential Burglary, in violation of California Penal Code 459-460(a), in the Superior Court of the State of California, County

5

of Orange, case number 20NF2288, for which SOSA received a sentence of two years of imprisonment.

       k.   A record of conviction indicating that on or about May 18, 2021, SOSA was convicted of Receiving Stolen Property, in violation of California Penal Code 496(d), in the Superior Court of the State of California, County of Orange, case number 20WF2150, for which SOSA received a sentence of two years of imprisonment.

   8.   On or about October 07, 2021, I reviewed the printouts of ICE computer indices on SOSA. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that SOSA had been removed and deported on the dates indicated on the Warrants of Removal/Deportation and Notices to Alien Ordered Removed/Departure Verification found in SOSA's A-File. The ICE computer indices further indicated that SOSA had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since SOSA had last been deported.

   9.   Based on my review of SOSA's A-File, I determined that his A-File does not contain any record of him ever applying or

receiving permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in SOSA's A-File.

    10. Based on my review of the contents of A-File A095-751-139, in particular the Warrants of Removal/Deportation and Notices to Alien Ordered Removed/Departure Verification indicating that SOSA had been removed and deported to Mexico on four occasions, and my training and experience, I believe that SOSA is an alien, that is, a citizen of Mexico who illegally re-entered the United States without permission.

    11. Based upon the information indicated above, including the Notices and Order of Expedited Removal, Warrant of Removal/Deportation, copies of the conviction documents, sighting of SOSA in the United States after the date of SOSA's most recent removal, and the absence of an application to re-enter the United States, I have probable cause to believe that

///
///
///
///

OSCAR SOSA TAPIA violated Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

                                                      /s/
                                         MITCHELL GANGWISH
                                         Deportation Officer
                                         United States Department of
                                         Homeland Security, Immigration
                                         and Customs Enforcement

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by telephone
on this 26th day of October, 2021.

**DOUGLAS F. McCORMICK**
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE